TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Rd, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorneys for Plaintiff,*
*Maria Eugenia Murillo*

# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA EUGENIA MURILLO, | Case No.: 2:23-cv-00265-KJM-CKD |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant Equifax Information Services LLC have reached a settlement. The Parties anticipate filing a Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 30th day of May, 2023.

        KENT LAW OFFICES

        By:   /s/  Trinette G. Kent
        Trinette G. Kent
        Attorneys for Plaintiff,
        *Maria Eugenia Murillo*